USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MANNY PASTREICH, AS TRUSTEE, AND THE
TRUSTEES OF THE BUILDING SERVICE 32BJ
HEALTH FUND,

                              Plaintiffs,

                          v.

GREATER SHIELD LLC d/b/a
GREATER SHIELD SECURITY LLC,

                              Defendant.
------------------------------------------------------------------------X

23-cv-723

**DEFAULT JUDGMENT**

      On application for Default Judgment by Plaintiffs Manny Pastreich, as Trustee, and the Trustees of the Building Service 32BJ Health Fund, brought on by Order to Show Cause dated March 1, 2023, and returnable before the Honorable Valerie Caproni, United States District Judge, and Defendant Greater Shield LLC d/b/a Greater Shield Security LLC ("Defendant"), having been duly noticed of the proceeding and the Defendant having not appeared in opposition to the Order, and the Court having found default judgment to be appropriate.

      **IT IS HEREBY ADJUDGED** that Plaintiffs Manny Pastreich, as Trustee, and the Trustees of the Building Service 32BJ Health Fund, having their principal place of business at 25 West 18th St., New York, New York 10011, do recover of Defendant Greater Shield LLC d/b/a Greater Shield Security LLC, having a principal place of business at 150 S Independence Mall West, Suite 600, Philadelphia, PA 19106:

1. Immediate production and delivery to the Plaintiffs by Defendant of Defendant's, for the time period November 1, 2016, through the date of this Judgment, complete (for all employees) (1) individual earnings records (payroll history records); (2) weekly payroll journals; (3) timesheets; (4) quarterly state and federal payroll taxes, (5) W-2s; (6) employee roster (identifying all employees, work locations, job titles, hire/term dates); (7) general ledger/cash disbursements journal, and all other documents requested by the Fund;

2. Upon issuance of audit findings after delivery of the aforementioned documents, prompt payment by the Defendant to Plaintiff of the audit findings principal, interest, and liquidated damages.

3. The sum of **$1,774.75**, consisting of attorney's fees in the amount of $1,293.75 and costs in the amount of $477.00.

The Clerk of Court is respectfully directed to terminate all open motions and deadlines and to CLOSE the case.

Dated: 03/31/2023

By: _____
Valerie Caproni, U.S.D.J.